CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

NOV 20 2025

BY: /s/ [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | ) ) ) ) |
| JONATHAN DAVID COCHRAN | Case No. 1:25mj91 |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Chad Potter, being first duly sworn, do hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigations (FBI). I have been employed as an FBI Special Agent since October 27, 2019. I received my initial training and instruction at the FBI Academy located in Quantico, Virginia, where I received training regarding violations of the United States criminal statutes. After my initial training, I was assigned to the Richmond Division, Bristol Resident Agency of the FBI. I currently work out of the Bristol, Virginia FBI Field Office. As part of my job duties, I have investigated a variety of criminal cases, including cases involving the possession of child sexual abuse material and sexual exploitation of children, public corruption, civil rights violations, domestic terrorism, counter terrorism, drugs and violent gangs, diversion, and financial crimes.

2. As a Special Agent, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 3052, which specifically authorizes FBI Special Agents, and officials of the FBI, to make arrests, carry firearms, and serve warrants. Title 18, United States Code, Section 3107, empowers FBI Special Agents and officials to make seizures under warrant for violation of federal statutes.

3. I am investigating the activities of inmate Jonathan David Cochran (COCHRAN), Register Number 05558-509. As will be shown below, there is probable cause to believe COCHRAN violated Title 18, United States Code, Sections 2 and 113(a)(3), by aiding and abetting an assault with a dangerous weapon within the maritime and territorial jurisdiction of the United States. I submit this application and affidavit in support of an arrest warrant for COCHRAN.

4. The statements in this affidavit are based on information obtained from my observations and investigation, as well as information I learned from discussions with other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested arrest warrant.

5. United States Penitentiary Lee (USP Lee) is a high-security federal penitentiary in Pennington Gap, Virginia, which is within in the Western District of

Virginia. As a federal penitentiary, USP Lee is within the special maritime and territorial jurisdiction of the United States.

6. At times relevant to this affidavit, COCHRAN was an inmate at USP Lee.

7. On or about April 25, 2025, a Tower Seven Correctional Officer working at USP Lee observed inmates Jerry Poindexter (Poindexter) and COCHRAN assaulting inmate C.D.

8. The assault was captured on video, which this Affiant has reviewed.

9. In the video footage, COCHRAN can be seen approaching C.D. from behind. COCHRAN jumps onto the back of C.D. placing him in a chokehold. Poindexter can be seen approaching C.D. from the side. Poindexter retrieves a prison-made knife, known as a shank, from under his clothing.

10. COCHRAN continues to restrain C.D. in a chokehold while delivering approximately twenty closed fist strikes to C.D.'s head.

11. While COCHRAN restrains and strikes C.D. with his fist, Poindexter stabs C.D. approximately twenty-one times with the shank.

12. A shank is a dangerous weapon because it is capable of causing death or serious bodily injury.

13. COCHRAN's acts of restraining and striking C.D. prevented C.D. from escaping from Poindexter.

14. Labeled still shots from the video footage of the assault are included below:







15. Based upon the facts set forth above, I believe there is probable cause that Jonathan COCHRAN has violated Title 18, U.S.C. Sections 2, 113(a)(3) (aiding and abetting assault with a dangerous weapon within the maritime and territorial jurisdiction of the United States).

_____
Chad Potter, Special Agent
Federal Bureau of Investigation


SWORN AND SUBSCRIBED TO BEFORE ME
THIS 20th DAY OF NOVEMBER 2025.

_____
HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA